**Order Filed on January 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Vanessa L. Brown,<br><br>Debtor. | Case No.: 22-19495<br>Chapter: 13<br>Hearing Date: January 23, 2025<br>Judge: John K. Sherwood |

## ORDER DENYING MOTION TO REINSTATE STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 28, 2025**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Vanessa L. Brown
Case No.: 22-19495
Caption of Order: ORDER DENYING MOTION TO REINSTATE STAY

**UPON** consideration of the Motion to Reinstate Stay (the "Motion") filed by Vanessa Brown (the "Debtor") [ECF No. 86], as well as the Objection to the Debtor's Motion filed on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Creditor") [ECF No. 87];

**AND** the Court having considered the arguments made by or on behalf of the Debtor and the Creditor at the hearing on January 23, 2025;

It is hereby **ORDERED** that the Motion is **DENIED** for the reasons set forth on the record.